# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Dr. Ralph de la Torre, M.D., *Plaintiff-Appellant*, v. Senator Bill Cassidy, M.D., et al., *Defendants-Appellees.* | No. 25-5353 |

## STATEMENT OF INTENT
## REGARDING APPENDIX DEFERRAL

Appellant Dr. Ralph de la Torre does not intend to use a deferred appendix pursuant to Fed. R. App. P. 30(c) and Circuit Rule 30(c).

Dated: November 6, 2025        Respectfully submitted,

　　　　　　　　　　　　　　　　　*/s/ Alexander J. Merton*
　　　　　　　　　　　　　　　　 William A. Burck
　　　　　　　　　　　　　　　　 Derek L. Shaffer
　　　　　　　　　　　　　　　　 Christopher G. Michel
　　　　　　　　　　　　　　　　 Alexander J. Merton
　　　　　　　　　　　　　　　　 Rachel G. Frank
　　　　　　　　　　　　　　　　 Kaylee A. Otterbacher
　　　　　　　　　　　　　　　　 QUINN EMANUEL URQUHART

       & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
(202) 538-8000
williamburck@quinnemanuel.com
derekshaffer@quinnemanuel.com
christophermichel@quinnemanuel.com
ajmerton@quinnemanuel.com
rachelfrank@quinnemanuel.com
kayleeotterbacher@quinnemanuel.com

*Counsel for Dr. Ralph de la Torre*

# CERTIFICATE OF SERVICE

I certify that on November 6, 2025 I caused the foregoing to be filed through this Court's CM/ECF system, which will serve a notice of electronic filing on all registered users, including counsel for Appellees.

November 6, 2025           Respectfully submitted,

                                     /s/ *Alexander J. Merton*
                                     Alexander J. Merton
                                     QUINN EMANUEL URQUHART
                                        & SULLIVAN LLP
                                     1300 I Street NW, Suite 900
                                     Washington, D.C. 20005
                                     (202) 538-8000
                                     ajmerton@quinnemanuel.com

                                     *Counsel for Dr. Ralph de la Torre*