# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Dr. Ralph de la Torre, M.D., *Plaintiff-Appellant,* v. Senator Bill Cassidy, M.D., et al., *Defendants-Appellees.* | No. 25-5353 |

## STATEMENT OF DR. RALPH DE LA TORRE
## OF THE ISSUES TO BE RAISED ON APPEAL

Dr. Ralph de la Torre seeks redress after the United States Senate Committee on Health, Education, Labor and Pensions exceeded its congressional authority by acting without a valid legislative purpose and punishing Dr. de la Torre for invoking his Fifth Amendment rights. This appeal arises from the district court's September 16, 2025 Order granting defendants' motion to dismiss and the accompanying Memorandum Opinion.

The questions presented are:

(1) Whether the district court erred as a matter of law by requiring plaintiff to disprove defendants' entitlement to Speech or Debate Clause immunity, departing from established precedent in this Circuit and the unanimous rule in other circuits that the party invoking immunity bears the burden of proving it applies.

(2) Whether the district court erred as a matter of law by categorically immunizing Congressional subpoena enforcement against any judicial review, on the theory that such enforcement necessarily constitutes a permissible "legislative action," even where the sole function of the purported enforcement is to punish and procure silence as a result of witness's stated exercise of his Fifth Amendment rights.

(3) Whether the district court abused its discretion by denying any jurisdictional discovery based on its erroneous conclusion that no facts could affect the Speech or Debate analysis, despite Dr. de la Torre's targeted requests for information bearing directly on whether the challenged acts served any legislative function.

Dated: November 6, 2025

Respectfully submitted,

<u>/s/ Alexander J. Merton</u>
William A. Burck
Derek L. Shaffer
Christopher G. Michel
Alexander J. Merton
Rachel G. Frank
Kaylee A. Otterbacher
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
(202) 538-8000
williamburck@quinnemanuel.com
derekshaffer@quinnemanuel.com
christophermichel@quinnemanuel.com
ajmerton@quinnemanuel.com
rachelfrank@quinnemanuel.com
kayleeotterbacher@quinnemanuel.com

*Counsel for Dr. Ralph de la Torre*

# CERTIFICATE OF SERVICE

I certify that on November 6, 2025, I caused the foregoing to be filed through this Court's CM/ECF system, which will serve a notice of electronic filing on all registered users, including counsel for Appellees.

November 6, 2025

Respectfully submitted,

/s/ *Alexander J. Merton*
Alexander J. Merton
QUINN EMANUEL URQUHART
  & SULLIVAN LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
(202) 538-8000
ajmerton@quinnemanuel.com

*Counsel for Dr. Ralph de la Torre*