# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5353**                                     **September Term, 2025**

**1:24-cv-02776-TNM**

**Filed On: March 25, 2026** [2165660]

Ralph de la Torre, M.D.,

      Appellant

      v.

Bill Cassidy, M.D., in his capacity as
Chairman of the Committee on Health,
Education, Labor, and Pensions of the
United States Senate, et al.,

      Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for April 7, 2026, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellant | - | 10 Minutes |
| Appellees | - | 10 Minutes |

One counsel per side to argue.  The panel considering this case will consist of Circuit Judges Henderson, Millett, and Garcia.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by March 27, 2026.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Michael C. McGrail
Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)