# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5353** **September Term, 2026**

**1:24-cv-02776-TNM**

**Filed On: September 21, 2026** **[2194219]**

Ralph de la Torre, M.D.,

Appellant

v.

Bill Cassidy, M.D., in his capacity as Chairman of the Committee on Health, Education, Labor, and Pensions of the United States Senate, et al.,

Appellees

**MANDATE**

In accordance with the judgment of July 31, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk

Link to the judgment filed July 31, 2026